AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
CHADWICK GORDON CLIFTON (AKA: "Chad Clifton," AKA: "Chad G. Clifton")

    Defendant

)
)
)  Case: 1:22-mj-00109
)  Assigned to: Judge Meriweather, Robin M.
)  Assign Date: 5/16/2022
)  Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **CHADWICK GORDON CLIFTON (AKA: "Chad Clifton," AKA: "Chad G. Clifton")**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings

Date: 05/16/2022

*Issuing officer's signature*: [signed] Robin M. Meriweather  2022.05.16  17:05:09 -04'00'

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 5/20/2022, and the person was arrested on (date) 5/20/2022
at (city and state) CHARLESTON, SC.

Date: 5/20/2022

*Arresting officer's signature*: [signed]

STEPHEN D. JONES   SPECIAL AGENT
*Printed name and title*